1

2

3

4

5

6

7

8

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**OCT 2 8 2013**

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR12-155-AG |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Macedonio Catalan, Lorenzo. Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ CD CA _____,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.      ( ). The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd, cmty, ties unknown due to failure to interview; lack of bail resources; illegal immigration status_

1   _____

2   _____

3   and/or

4   B.   ( ) The defendant has not met his/her burden of establishing by clear and

5   convincing evidence that he/she is not likely to pose a danger to the safety of any

6   other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7   finding is based on _____

8   _____

9   _____

10  _____

11  _____

12

13  IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED: ___10/28/13___                    _____

17                                           ROBERT N. BLOCK
                                             UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28